

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-19-2011

# Carlen Higgs v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 09-3128

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Carlen Higgs v. Atty Gen USA" (2011). *2011 Decisions.* Paper 424.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/424

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-3128

CARLEN URIEL HIGGS,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

(Agency No. A046-018-938)

Present: FUENTES, FISHER and NYGAARD, Circuit Judges

Motion by Petitioner To Amend the Opinion Issued on 08/25/2011.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing motion is granted. The opinion shall be amended so that Ryan Christian is omitted from the listing of petitioner's counsel. Petitioner's counsel shall be listed as follows:

Thomas S. Jones, Esq.
Alison M. Kilmartin, Esq.
Jones Day 500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Counsel for Petitioner

By the Court,

/s/  Julio M. Fuentes
Circuit Judge

Dated: September 19, 2011
PDB/cc: All Counsel of Record